# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-33-2** |
| : | |
| **ANDREW STEPHEN BADRI** : | |

## ORDER

This 9th day of May, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Modification of Sentence Pursuant to 18 U.S.C 3582(c)(1)(A), ECF 77, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge